IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHEN DIALLO UHURU,<br><br>    Plaintiff,<br><br>    v.<br><br>WALTERS, et al.,<br><br>    Defendants. | No. 2:23-CV-0200-KJM-DMC-P<br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an extension of time to file a second amended complaint. See ECF No. 22. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to upcoming trials in other matters as well as the recent death of Plaintiff's brother, Plaintiff's motion will be granted.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 22, is GRANTED.

2. Plaintiff shall file a second amended complaint within 30 days of the date of this order.

Dated: July 30, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1